United States District Court
Southern District of Texas
**ENTERED**
June 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS EL-SHABAZZ and ELIGAH WILLIAMS, individually, and on the behalf of all others similarly situated, § § § § § Plaintiffs, § § v. § § GULF COAST HOTEL MANAGEMENT INC., § § § § Defendant. § | CIVIL ACTION NO. 4:22-cv-256 <br><br> Complaint -- Class Action |

**ORDER ON JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE TO PLAINTIFF THOMAS EL-SHABAZZ'S CLAIMS**

Pending before the Court is Plaintiff Thomas El-Shabazz and Defendant Gulf Coast Hotel Management Inc.'s Joint Stipulation of Dismissal with Prejudice to Plaintiff Thomas El-Shabazz's Claims. After considering the stipulation, the Court is of the opinion that it should be GRANTED.

It is, therefore, ORDERED that Plaintiff Thomas El-Shabazz and Defendant Gulf Coast Hotel Management Inc.'s Joint Stipulation of Dismissal with Prejudice to Plaintiff Thomas El-Shabazz's Claims is GRANTED, and *only* all of Plaintiff Thomas El-Shabazz's claims against Gulf Coast Hotel Management Inc. are hereby DISMISSED WITH PREJUDICE. All costs shall be taxed against the party incurring the same.

SO ORDERED, this JUN 1 6 2022 day of _____ 2022.

_____
UNITED STATES DISTRICT JUDGE