UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS EL-SHABAZZ, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-00256 |
| GULF COAST HOTEL MANAGEMENT INC., | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the Plaintiff Eligah Williams and Defendant Gulf Coast Hotel Management Inc.'s Joint Stipulation of Dismissal with Prejudice. Doc. #15. In accordance with the Joint Stipulation of Dismissal with Prejudice and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that Plaintiff Eligah Williams' claims against Defendant are DISMISSED with prejudice.[1] Each party shall bear its own costs and attorneys' fees. There are no remaining claims or issues before the Court, and the entire case is DISMISSED with prejudice.

It is so ORDERED.

JUL 0 7 2023
Date

The Honorable Alfred H. Bennett
United States District Judge

---

[1] Plaintiff Thomas El-Shabazz previously dismissed his claims. Doc. #12; Doc. #13.